**IN THE UNITED STATES DISTRICT COURT**

FILED
BILLINGS DIV.

**FOR THE DISTRICT OF MONTANA**

2008 APR 14   PM 12 51

**BILLINGS DIVISION**

PATRICIA E. ...
BY _____
DEPUTY CLERK

| | |
|---|---|
| CROWN PARTS AND MACHINE,<br>INC., a Montana corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CON-WAY FREIGHTS, INC., a<br>Delaware corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CV-08-018-BLG-RFC

**ORDER ADOPTING FINDINGS
AND RECOMMENDATIONS OF
U.S. MAGISTRATE JUDGE**

On February 28, 2008, United States Magistrate Judge Carolyn S. Ostby entered her
Findings and Recommendation. Magistrate Judge Ostby recommends Con-Way's Motion to
Dismiss be denied as moot.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to
file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the
February 28, 2008 Findings and Recommendation. Failure to object to a magistrate judge's
findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158
F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its
burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d
1514, 1518 (9th Cir. 1989).

1

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that Con-Way's Motion to Dismiss (*Doc. 2*) is **DENIED** as moot. The Clerk of Court shall notify the parties of the making of this Order.

DATED the ____ day of April, 2008.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE